IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AJAXO, INC., and K.C. MULTIMEDIA, INC., | ) ) ) | 2:07-CV-945-GEB-GGH |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant Allen Tam moves for dismissal of Plaintiff Ajaxo, Inc.'s claim for copyright infringement of the "Wirelessproxy Utility Program TXU1-169-798" copyright under Federal Rule of Civil Procedure 12(b)(1), arguing Ajaxo does not have standing to assert this claim since Ajaxo does not own the Wirelessproxy copyright. For the reasons stated in the November 21, 2007 order which denied the nearly identical dismissal motion filed by the other Defendants (Bank of

///

///

1

1  America Technology and Operations, Inc., Bank of America Corporation,
2  and Bank of America National Association), Tam's motion is denied.
3          IT IS SO ORDERED.
4  Dated:  February 19, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge