IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAXO, INC., a Delaware Corporation; and K. C. MULTIMEDIA, INC., a Delaware Corporation, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,<br><br>    Defendants. | 2:07-cv-945-GEB-GGH<br><br><br><br><br>ORDER<sup>*</sup> |

Defendants Bank of America Technology and Operations, Inc., Bank of America Corporation, and Bank of America National Association move for leave to file an amended answer to Plaintiff K. C. Multimedia, Inc.'s complaint.  Plaintiffs have filed a non-opposition statement to the motion.  Since the motion is unopposed, it is

---

    *    This motion was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

1 | granted.  These Defendants may file an amended answer within ten days
2 | from the date on which this order is filed.
3 |         IT IS SO ORDERED.
4 | Dated:  April 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge