DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
REBECCA B. BAUER (S.B. #233007)
rbauer@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701
Attorneys for Defendants
BANK OF AMERICA TECHNOLOGY AND
OPERATIONS, INC., BANK OF AMERICA
CORP. and BANK OF AMERICA
NATIONAL ASSOCIATION

RICHARD L. ANTOGNINI (SBN
#075711)
rlalawyer@yahoo.com
LAW OFFICES OF RICHARD L.
ANTOGNINI
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone:     (916) 645-7278
Facsimile:     (916) 290-0539
Attorneys for Plaintiffs
AJAXO, INC. and K.C. MULTIMEDIA,
INC.

JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:     408-279-3244
Attorneys for Defendant,
ALLEN TAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AJAXO, INC. a Delaware Corporation;
and K. C. MULTIMEDIA, INC., a
Delaware Corporation,

    Plaintiffs,

    v.

BANK OF AMERICA
TECHNOLOGY AND OPERATIONS,
INC., a Delaware Corporation; BANK
OF AMERICA CORPORATION, a
Delaware Corporation; BANK OF
AMERICA NATIONAL
ASSOCIATION; and ALLEN TAM, an
individual,

    Defendants.

Case No.  2:07-cv-945 GEB GGH

**JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND FACT DISCOVERY
DEADLINE TO JUNE 30, 2008**

1

1

2          The parties to this action stipulate, through their counsel, as follows:

3          1.      Pursuant to Civil Local Rules 6-144, the parties to this action hereby

4   stipulate that the deadline by which all fact depositions noticed as of May 9, 2008, must be

5   concluded is extended from May 16, 2008, to June 30, 2008;

6

7          2.      This extension shall apply only to the following depositions:

8          •      Two K.C. Multimedia FRCP 30 (b) (6) depositions noticed by Bank

9   of America defendants on April 29, 2008;

10         •      Two Ajaxo FRCP 30 (b) (6) depositions noticed by Bank of

11  America defendants on April 29, 2008;

12         •      Connie Chun deposition noticed by Bank of America defendants on

13  April 29, 2008;

14         •      Sing Koo deposition noticed by Bank of America defendants on

15  April 29, 2008;

16

17         •      K.C. Multimedia FRCP 30 (b) (6) deposition noticed by Allen Tam

18  on April 30, 2008;

19         •      Ajaxo FRCP 30 (b) (6) deposition noticed by Allen Tam on April

20  30, 2008;

21

22         •      Bank of America defendants FRCP 30 (b) (6) depositions noticed

23  by Ajaxo and K.C. Multimedia on May 6, 2008; and

24         •      Allen Tam deposition noticed by Ajaxo and K.C. Multimedia on

25  May 7, 2008.

26         3.      All depositions listed in section 2 above will be re-noticed for dates before

27  June 30, 2008.

28

- 2 -

4.     The deadline by which any Notice of Motion to Compel pursuant to Rule 37-251 regarding fact discovery, including written discovery and depositions, must be filed shall also be extended to June 30, 2008.

5.     Other than the depositions set out in paragraphs 2 above, the parties cannot serve any new fact discovery requests or fact deposition notices.

Dated:      May 13, 2008                    DARIN W. SNYDER
                                            LUANN L. SIMMONS
                                            REBECCA B. BAUER
                                            O'MELVENY & MYERS LLP


                                            By: /s/ Luann L. Simmons
                                            Luann L. Simmons
                                            ATTORNEYS FOR DEFENDANTS
                                            BANK OF AMERICA TECHNOLOGY AND
                                            OPERATIONS, INC., BANK OF AMERICA
                                            CORP. and BANK OF AMERICA
                                            NATIONAL ASSOCIATION

Dated:      May 13, 2008                    RICHARD L. ANTOGNINI
                                            LAW OFFICES OF RICHARD L.
                                            ANTOGNINI

                                            BY: /s/ Richard L. Antognini
                                            Richard L. Antognini
                                            ATTORNEYS FOR PLAINTIFFS
                                            AJAXO, INC. and K.C. MULTIMEDIA, INC.

STIPULATION TO EXTEND DEADLINE TO
COMPLETE FACT DISCOVERY
CASE NO. 07-CV-00945-GEB-GGH

1   Dated:   May 13, 2008                          JAMES MCMANIS
                                                  NEDA MANSOORIAN
2                                                 GEOFFREY BENTZEL
                                                  MCMANIS FAULKNER
3

4

5                                                 By: /s/ Geoffrey Bentzel
                                                     Geoffrey Bentzel
6                                                 ATTORNEYS FOR DEFENDANT
                                                  ALLEN TAM

7

8

9

10          PURUSANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

11

12
     Dated: May 15, 2008
13   SF1:715498.1

14

15

16                                    GARLAND E. BURRELL, JR.
                                      Chief United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

                                      - 4 -