IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AJAXO INC., et al.,

    Plaintiffs,

  vs.                                 CIV-S-07-0945-GEB GGH

BANK OF AMERICA TECHNOLOGY
AND OPERATIONS, INC., et al.,

    Defendants.               <u>SUMMARY ORDER</u>

_____/

        On May 22, 2008, the parties, by and through their counsel, were heard in connection with defendant Bank of America Technology and Operations, Inc., Bank of America Corp. and Bank of America National Association's ("Band of America") motion to compel production of documents, and for costs incurred in bringing the motion. Luann Simmons appeared on behalf of Bank of America. Geoffrey Bentzel appeared for defendant Allen Tam. Richard Antognini appeared for plaintiffs Ajaxo, Inc. and K.C. Multimedia, Inc. ("KCM"). After hearing, the court issues the following summary order.

        IT IS ORDERED that:

    1. Bank of America's motion to compel, filed April 23, 2008, is granted.

    2. Within ten days of the hearing:

\\\\\

1

1       A.  Plaintiffs shall file a declaration stating: (1) that the entire source code and corresponding medadata for the four referenced software and related programs have been produced and where and how they were produced; (2) that all relevant documents referenced in Section II of the joint statement either have been produced or do not exist.  If there are any such outstanding documents, they shall be identified and produced.

      B.  Plaintiffs shall withdraw the confidentiality provision for all documents produced under the stipulated protective order which are not confidential.

      C.  Bank of America shall prepare and submit to the court a stipulation and order signed by the parties which addresses those documents produced by plaintiffs in this action which were previously designated by Bank of America as confidential under the previous state court action, and stipulates that they be designated as confidential and for attorneys' eyes only in this action, pursuant to the protective order in this action.

  3.  Bank of America's request for costs is deferred pending compliance with this order. The court will look askance at further issues raised with respect to this motion.

DATED: 05/23/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076
Ajaxo0945.dsy.wpd

2