| | |
|---|---|
| DARIN W. SNYDER (S.B. #136003) | JAMES McMANIS (S.B. #40958) |
| dsnyder@omm.com | NEDA MANSOORIAN (S.B. #207832) |
| LUANN L. SIMMONS (S.B. #203526) | GEOFFREY BENTZEL (S.B. #250073) |
| lsimmons@omm.com | McMANIS FAULKNER & MORGAN |
| REBECCA B. BAUER (S.B. #233007) | A Professional Corporation |
| rbauer@omm.com | 50 West San Fernando Street, 10th Floor |
| WHITNEY MCCOLLUM (S.B. #253039) | San Jose, California 95113 |
| wmccollum@omm.com | Telephone:    408-279-8700 |
| O'MELVENY & MYERS LLP | Facsimile:    408-279-3244 |
| Embarcadero Center West | |
| 275 Battery Street | Attorneys for Defendant |
| San Francisco, CA  94111-3305 | ALLEN TAM |
| Telephone:   (415) 984-8700 | |
| Facsimile:    (415) 984-8701 | RICHARD L. ANTOGNINI (SBN #075711) |
| | rlalawyer@yahoo.com |
| Attorneys for Defendants | LAW OFFICES OF RICHARD L. ANTOGNINI |
| BANK OF AMERICA TECHNOLOGY | 2831 Southcreek Drive |
| AND OPERATIONS, INC., BANK OF | Lincoln, California 95648-8284 |
| AMERICA CORP., and BANK OF | Telephone:   (916) 645-7278 |
| AMERICA NATIONAL | Facsimile:   (916) 290-0539 |
| ASSOCIATION | |
| | Attorneys for Plaintiffs |
| | AJAXO, INC. and K.C. MULTIMEDIA, INC |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AJAXO, INC. a Delaware Corporation; and K. C. MULTIMEDIA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,<br><br>Defendants. | Case No.  2:07-cv-945 GEB GGH<br><br>**JOINT STIPULATION AND ORDER REGARDING TREATMENT OF DOCUMENTS DESIGNATED UNDER STATE PROTECTIVE ORDER** |

JOINT STIPULATION REGARDING RE-PRODUCED DOCUMENTS
C07-CV-945 GEB GGH

1  WHEREAS on June 5, 2001, K.C. Multimedia filed *K.C. Multimedia, Inc. v. Bank of*
2  *America Technology and Operations, Inc.*, Case No. CV798875 in the Superior Court of the State
3  of California, County of Santa Clara (the "State Case");

4  WHEREAS on May 11, 2005, the parties to the State Case filed a Modified Protective
5  Order Regarding Confidential Information ("State Protective Order");

6  WHEREAS in the State Case, both parties produced documents pursuant to the State
7  Protective Order bearing the designations "Confidential" or "Confidential—Attorneys Eyes
8  Only," as defined in the State Protective Order, ("State Designated Documents");

9  WHEREAS because O'Melveny & Myers, counsel for Bank of America in this action,
10 was not counsel of record in the State Case, O'Melveny & Myers does not have access to State
11 Designated Documents;

12 WHEREAS the parties in this action wish to produce and use in this action State
13 Designated Documents;

14 WHEREAS on March 28, 2008, the Court in this action entered the parties' Stipulated
15 Protective Order ("Federal Protective Order");

16 WHEREAS the Federal Protective Order includes its own provisions restricting access to
17 material designated "Confidential" and "Highly Confidential—Attorneys Eyes Only," which are
18 different from the provisions set forth in the State Protective Order;

19 WHEREAS the parties in this action wish to protect the State Designated Documents
20 according to the terms of the Federal Stipulated Protective Order ; and

21 WHEREAS the parties in this action wish to allow O'Melveny & Myers to have access to
22 State Designated Documents.

23 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES under Civil Local
24 Rule 83-143 that:

25  1. All documents produced in this action that were designated "Confidential" under
26 paragraph 4 of the State Protective Order shall now be deemed designated as "Confidential"
27 pursuant to paragraph 2.3 of the Federal Protective Order filed and treated in accordance with the
28 provisions of paragraph 2.3 of the Federal Protective Order.

JOINT STIPULATION REGARDING RE-
PRODUCED DOCUMENTS
C07-CV-945 GEB GGH

2. All documents produced in this action that were designated "Confidential—Attorney's Eyes Only" under paragraph 4 of the State Protective Order shall now be deemed designated as "Highly Confidential—Attorney's Eyes Only" pursuant to paragraph 2.4 of the Federal Protective Order filed in this Court and treated in accordance with the provisions of paragraph 2.4 of the Federal Protective Order.

3. O'Melveny & Myers LLP, as current counsel of record to Bank of America, shall be permitted access to any documents previously designated "Confidential" or "Confidential—Attorney's Eyes Only" under paragraph 4 of the State Protective Order.

IT IS SO STIPULATED

| | | |
|---|---|---|
| Dated: | June 3, 2008 | DARIN W. SNYDER<br>LUANN L. SIMMONS<br>REBECCA B. BAUER<br>O'MELVENY & MYERS LLP |

By: /s/ Luann L. Simmons
_____
Luann L. Simmons
Attorneys for Defendants
BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., BANK OF AMERICA CORP. and BANK OF AMERICA NATIONAL ASSOCIATION

| | | |
|---|---|---|
| Dated: | June 3, 2008 | McMANIS FAULKNER & MORGAN |

/s/ Neda Mansoorian
_____
James Mcmanis
Neda Mansoorian
Geoffrey Bentzel
Attorneys for Defendant
ALLEN TAM

| | | |
|---|---|---|
| Dated: | June 3, 2008 | RICHARD L. ANTOGNINI<br>LAW OFFICES OF RICHARD L. ANTOGNINI |

By: /s/ Richard L. Antognini
_____
Richard L. Antognini
Attorneys for Plaintiffs
AJAXO, Inc and K.C. MULTIMEDIA, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

/s/ Gregory G. Hollows
Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

DATED: 06/10/08

Ajaxo.ord

SF1:717356.2

- 4 -

JOINT STIPULATION REGARDING RE-PRODUCED DOCUMENTS
C07-CV-945 GEB GGH