IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AJAXO INC., et al.,

    Plaintiffs,

vs.                                            CIV-S-07-0945-GEB GGH

BANK OF AMERICA TECHNOLOGY
AND OPERATIONS, INC., et al.,

    Defendants.                ORDER
_____/

        Presently scheduled on this court's law and motion calendar for August 14, 2008 are three discovery motions. Two of the motions were filed on July 1, 2008, after the court ordered deadline, however, and therefore must be vacated. <u>See</u> Order, filed May 15, 2008, ¶ 4.

        Accordingly, IT IS ORDERED that plaintiffs' motions for discovery (docket #s 65 and 66), filed July 1, 2008, are vacated from the August 14, 2008 calendar.

DATED: 07/31/08

                                                      /s/ Gregory G. Hollows
                                                      _____
                                                      GREGORY G. HOLLOWS
                                                      U. S. MAGISTRATE JUDGE

GGH:076:Ajaxo945.vac.wpd