IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AJAXO INC., et al.,

    Plaintiffs,

  vs.                                               CIV-S-07-0945-GEB GGH

BANK OF AMERICA TECHNOLOGY
AND OPERATIONS, INC., et al.,

    Defendants.                   ORDER
_____/

       At hearing on defendants' discovery motion on August 7, 2008, the rulings of the court were placed on the record. However, insofar as further discovery responses/production were required, the court did not set a time limit for compliance. Plaintiffs shall further respond/produce forthwith, but in no event later than August 27, 2008.

DATED: 08/08/08

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       U. S. MAGISTRATE JUDGE

GGH:gh:035
ajaxo.fb