UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAXO, INC., a Delaware Corporation; K.C. MULTIMEDIA, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,<br><br>　　　　　　Defendants. | 2:07-cv-00945-GEB-GGH<br><br>ORDER |

　　　　On September 5, 2008, Defendants filed an Ex Parte Application to modify the discovery completion date prescribed in the Status (Pretrial Scheduling) Order filed on November 29, 2007. The motion is opposed. Since it appears that scheduling in this action can be modified in a manner that avoids the need to decide the pending motion, the Rule 16 Scheduling Order filed November 29, 2007, is modified as follows[1]:

　　　　(1)　discovery shall be completed by October 31, 2008;

　　　　(2)　the last hearing date for motions shall be December 1, 2008, at 9:00 a.m.; and

---

[1] Because of the above modifications, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.

      (3)  the final pretrial conference is set for February 2, 2009, at 11:00 a.m.

      IT IS SO ORDERED.

Dated: September 8, 2008

*(signature)*
GARLAND E. BURRELL, JR.
United States District Judge