1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAXO, INC., a Delaware Corporation; K.C. MULTIMEDIA, INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,<br><br>        Defendants. | 2:07-cv-00945-GEB-GGH<br><br><u>ORDER</u> |

        Pending are several motions, scheduled for oral arguments on October 6, 2008. However, in light of the voluminous documents involved with the motions all motions are rescheduled for hearing to commence at 9:00 a.m. on November 3, 2008, except for the

1  following:  Plaintiff Ajaxo's motion to preclude defense experts
2  (docket 145) and Defendant Bank of America's motion to seal (docket
3  253).  The hearing on these two motions remains scheduled for
4  October 6, 2008; however the hearing commencement time is changed
5  from the previous scheduled time of 9:00 a.m to 9:30 a.m.
6  Dated:  October 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge