1

2

3

4

5

6

7

8

9

10

11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15   AJAXO, INC., a Delaware        )
     Corporation; K.C. MULTIMEDIA, INC.,)   2:07-cv-00945-GEB-GGH
16   a Delaware Corporation,        )
                                     )   ORDER ADOPTING AGREEMENTS
17              Plaintiffs,          )   MADE BY PARTIES AT THE
                                     )   OCTOBER 6, 2008 HEARING
18         v.                        )
                                     )
19   BANK OF AMERICA TECHNOLOGY AND  )
     OPERATIONS, INC., a Delaware    )
20   Corporation; BANK OF AMERICA    )
     CORPORATION, a Delaware         )
21   Corporation; BANK OF AMERICA    )
     NATIONAL ASSOCIATION; and ALLEN )
22   TAM, an individual,            )
                                     )
23              Defendants.          )
     _____)

24

25         A hearing was held on October 6, 2008, concerning the

26   issues identified in the Order filed on October 3, 2008, which

27   focused oral argument on Plaintiffs' motion to exclude defense

28   experts (docket 145) and Defendant Bank of America's motion to

seal (docket 253).

        At the hearing, the parties reached an agreement which is
treated as resolving Plaintiffs' motion to exclude defense experts
Parr and Wedig.  Therefore, further decision on that motion is
unnecessary.  Specifically, the parties stipulated that the Parr
and Wedig expert disclosures will not be excluded and that
Plaintiffs have until the end of October 2008 to make disclosures
necessary for Plaintiffs to use Sing Koo as its rebuttal expert to
the Parr and Wedig disclosures; with the understanding that Koo, in
preparing his Wedig rebuttal report, will conduct review of the
current code evidence, discussed during the hearing, at Defendant
Bank of America's attorney's office.

        The parties further stipulated that the expert discovery
completion date is November 21, 2008, and that the hearing for the
pending motions for summary judgment, now scheduled for November 3,
2008, are rescheduled to commence at 9:00 a.m. on December 1, 2008.
The parties also agreed at the hearing to provide this court with a
stipulation and proposed order regarding a schedule for
supplemental briefing on those summary judgment motions.  Since the
parties' above agreements are adopted, Plaintiffs' motion to
exclude defense experts (docket 145) is resolved as stated above.

        Defendant Bank of America further agreed at the hearing
that it could and would file a redacted copy of the merger
agreements on the public docket.  Accordingly, the unredacted
copies submitted to chambers for *in camera* review were returned to
the attorney for Bank of America during the October 6, 2008
///

1   hearing.   Therefore, Defendant's motion to seal (docket 253) is

2   resolved as stated above.

3          It is so ordered.

4   Dated:  October 6, 2008

5

6                         GARLAND E. BURRELL, JR.

7                         United States District Judge