RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone:    (916) 645-7278
Facsimile:     (916) 290-0539
E-Mail:         rlalawyer@yahoo.com

Attorneys for Plaintiffs
AJAXO, INC. and
K.C. MULTIMEDIA, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AJAXO, INC., a Delaware Corporation, K.C. MULTIMEDIA, INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation, BANK OF AMERICA CORPORATION, a Delaware Corporation, BANK OF AMERICA NATIONAL ASSOCIATION, and ALLEN TAM<br><br>        Defendants. | Case No.:  07-CV-00945-GEB-GGH<br><br>**SUBSTITUTION OF ATTORNEY** |

    Plaintiffs AJAXO, INC. and K.C. MULTIMEDIA, INC., hereby substitute William R. Warne and Michael J. Thomas, of the law firm of Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, CA 95814-4731 in the place and stead of Richard L. Antognini of the Law Offices of Richard L. Antognini, 2831 Southcreek Drive, Lincoln, CA 95648-8284.

/ / /

/ / /

1     I consent to the substitution.

2 DATED: November 14, 2008     LAW OFFICES OF RICHARD L. ANTOGNINI

3

4     By:__/s/ Richard L. Antognini_____

5         RICHARD L. ANTOGNINI

6     I accept the substitution.

7 DATED:  November 14, 2008     DOWNEY BRAND LLP

8

9         /s/ Michael J. Thomas (as authorized 11-14-08)
    By:_____

10         MICHAEL J. THOMAS

11

12

13     Plaintiffs AJAXO, INC. and K.C. MULTIMEDIA, INC. hereby consent to this

14 substitution.

15

16 DATED:  November 14, 2008     /s/ Sing Koo (as authorized 11-14-08)

17     _____

18         SING KOO

19

20

21     **IT IS SO ORDERED.**

22

23 **11/25/08**

24

25 _____

26     UNITED STATES DISTRICT JUDGE

27

28

**SUBSTITUTION OF ATTORNEY**
**Case No. 07-CV-00945-GEB-GGH**