UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAXO, INC., a Delaware Corporation; K.C. MULTIMEDIA, INC., a Delaware Corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,<br><br>  Defendants. | 2:07-cv-00945-GEB-GGH<br><br><u>ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE</u> |

Since the pending motion to stay this action is scheduled for hearing on February 9, 2009, the final pretrial conference is rescheduled to commence on February 23, 2009 at 1:30 p.m.  Seven days before the final pretrial conference, the parties shall file a joint pretrial statement; further, the parties shall meet and confer on

1

proposed jury instructions, voir dire, and a verdict form, and shall file their proposals when they file their joint pretrial statement.

Dated:   January 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge