UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAXO, INC., a Delaware Corporation; K.C. MULTIMEDIA, INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,<br><br>        Defendants. | 2:07-cv-00945-GEB-GGH<br><br>ORDER[1] |

        Defendants move to continue or stay the trial scheduled to commence on March 9, 2009, until final judgment is entered in a related state trade secret action. Since the motion concerns pending copyright claims within the Court's exclusive federal jurisdiction, the motion is denied. See Minucci v. Agrama, 868 F.2d 1113, 1115 (9th Cir. 1989)(reversing district court's decision to stay a copyright action and holding "a district court has no discretion to stay

---

[1] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

proceedings as to claims within exclusive federal jurisdiction"). See also Legal Economic Evaluations v. Metropolitan Life Ins. Co., 39 F.3d 951, 956 (9th Cir. 1994)(holding "binding Ninth Circuit precedent [ ] precludes Colorado River abstention where federal jurisdiction is exclusive").

Dated:  February 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge