IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAXO, INC.; K.C. MULTIMEDIA, <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; ALLEN TAM, <br><br>Defendants. | 02:07-cv-00945-GEB-GGH <br><br>DISMISSAL ORDER |

On March 6, 2009, the parties in this action filed a "Notice of Settlement" in which they state this action has settled, and "the trial date and any other dates presently scheduled in this [action]" should be vacated. Since the action has settled, this action is dismissed and the Clerk of Court shall close the action.

IT IS SO ORDERED.

Dated: March 9, 2009

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1