WILLIAM R. WARNE (141280)
MICHAEL J. THOMAS (172326)
ANNIE S. AMARAL (238189)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiffs
AJAXO, INC. AND K.C. MULTIMEDIA, INC.

DARIN W. SNYDER (136003)
DAVID R. EBERHART (195474)
LUANN L. SIMMONS (203526)
REBECCA BAUER KAHAN (233007)
WHITNEY E. MCCOLLUM (253039)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., BANK OF AMERICA CORP. and BANK OF AMERICA NATIONAL ASSOCIATION

JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
MATTHEW SCHECHTER (212003)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: 408-279-8700
Facsimile: 408-279-3244

Attorneys for Defendant
ALLEN TAM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

AJAXO, INC. a Delaware Corporation; and K. C. MULTIMEDIA, INC., a Delaware Corporation,

Plaintiffs,

v.

BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA NATIONAL ASSOCIATION; and ALLEN TAM, an individual,

Defendants.

Case No. 2:07-cv-945 GEB GGH

**STIPULATED REQUEST FOR DISMISSAL AND REQUEST FOR MODIFICATION OF MARCH 9, 2009 ORDER; ORDER THEREON**

Plaintiffs Ajaxo, Inc. and K.C. Multimedia, Inc. (“Plaintiffs”) and Defendants Bank of America Technology and Operations, Inc., Bank of America Corporation, Bank of America National Association, and Allen Tam (collectively with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully request that the Court modify its March 9, 2009, Order to reflect the terms of this stipulation.

**RECITALS**

Whereas, on Friday, March 6, 2009, the Parties entered into a Confidential Settlement Agreement (“Settlement Agreement”) in which they agreed to settle the above-captioned action upon certain terms and conditions;

Whereas, on Friday, March 6, 2009, the Parties filed a Notice of Settlement pursuant to Local Rule 16-160, and also promptly notified this Court of the Settlement Agreement telephonically;

Whereas on March 9, 2009, the Court entered an Order dismissing the action on its own motion;

Whereas, the Parties agreed in the Settlement Agreement to stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii) to dismissal of the case with prejudice, parties to bear their own fees and costs, following performance of certain terms of the Settlement Agreement;

Whereas the parties anticipated that they would file the stipulated dismissal with prejudice no later than March 12, 2009 and did not contemplate that the Court would dismiss the case on its own motion prior to that time;

Whereas, the Parties now wish to have the action dismissed with prejudice pursuant to the terms set forth herein.

**STIPULATION**

The Parties, by and through their respective undersigned counsel, hereby stipulate and request as follows:

1. That the action be dismissed with prejudice ;
2. That the Parties shall bear their own attorney fees and costs;

3. That the Court's Order of March 9, 2009, be modified to reflect the terms of this stipulation.

Dated: March 11, 2009

DOWNEY BRAND LLP

By: */s/ Michael J. Thomas*
Michael J. Thomas
Attorneys for Plaintiffs
AJAXO, INC. AND K.C. MULTIMEDIA, INC.

Dated: March 11, 2009

O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart (as authorized 3/11/09)*
David R. Eberhart
Attorneys for Defendants
BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., BANK OF AMERICA CORP. and BANK OF AMERICA NATIONAL ASSOCIATION

Dated: March 11, 2009

McMANIS FAULKNER

By: */s/ Matthew Schechter (as authorized 3/11/09)*
Matthew Schechter
Attorneys for Defendant
ALLEN TAM

**ORDER**

The Dismissal Order filed March 9, 2009, is amended to reflect that the action is dismissed with prejudice; the Parties shall bear their own fees and costs.

Dated: March 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge